In the Matter of Latrell S., a Child Alleged to be Neglected. Suffolk County Department of Social Services, Respondent; Christine K., Appellant. (And Another Proceeding.)

Submitted April 4, 2011; decided June 2, 2011

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]).